```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                         Richmond Division
```

MICHELLE L. W.,

    Plaintiff,

v.                                 Civil Action No. 3:20cv210

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER**

Having reviewed the REPORT AND RECOMMENDATION of the Magistrate Judge entered herein on June 29, 2021 (ECF No. 22), PLAINTIFF MICHELLE L. WRIGHT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 23), the DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 24), and having considered the record and the REPORT AND RECOMMENDATION (ECF No. 22) and finding no error therein, it is hereby ORDERED that:

(1) PLAINTIFF MICHELLE L. WRIGHT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 23) are overruled;

(2) The REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 22) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION;

(3) PLAINTIFF MICHELLE L. WRIGHT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19) is denied;

(4) The DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 21) is granted; and

(5) The Commissioner's decision is affirmed.

It is further ORDERED that the issues are adequately addressed by the briefs and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 1, 2021